# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00588-CV

**Gavurnik Builders, L.P., Appellant**

**v.**

**John A. Darling, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-06-002574, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gavurnik Builders, L.P. and appellee John A. Darling no longer wish to pursue this appeal and have filed an agreed motion to dismiss pursuant to their settlement agreement. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Agreed Motion

Filed:  March 8, 2007